THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 
 

v.

 
 
 
 Steven A. Hardeman, Appellant
 
 
 
 

Appeal From Lexington County
James W. Johnson, Jr., Circuit Court Judge

Unpublished Opinion No. 2009-UP-496
 Submitted October 1, 2009  Filed October
21, 2009   

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender for
 Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; and Solicitor Donald V. Myers, of
 Lexington, for Respondent.
 
 
 

PER CURIAM:  Steven A. Hardeman appeals his pleas pursuant to North
 Carolina v. Alford, 400 U.S. 25 (1970), for first-degree criminal sexual
 conduct with a minor and committing a lewd act upon a child.  Hardeman argues
 the trial court erred by accepting his Alford plea because the pleas did
 not comply with the mandates set forth in Boykin v. Alabama, 395 U.S.
 238 (1969).  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
SHORT, WILLIAMS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.